UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY CLAUDE STAINS, | ) | CIVIL ACTION NO. 4:20-CV-1762 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)    The final decision of the Commissioner is VACATED.

(2)    This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)    Final judgment will be issued in favor of Barry Claude Stains by separate order.

(4)    The Clerk of Court is DIRECTED to close this case.

Date: February 16, 2022                    BY THE COURT

                                           *s/William I. Arbuckle*
                                           William I. Arbuckle
                                           U.S. Magistrate Judge